C. CONRAD CLAUS, ESQ.
State Bar Number 6601
816 S. Ogden Avenue
Las Vegas, Nevada 89101
702-384-4927  Fax 385-4927
Conrad@lawiswar.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYAL TAYLOR,<br>    Plaintiff,<br>    vs.<br>NYE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Nye County, et al , Defendants. | CASE NO. 2:2013-cv-2199-APG-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

### CERTIFICATE OF INTERESTED PARTIES

COMES NOW DARYAL TAYLOR, Plaintiff, by and through his attorney of record, C. Conrad Claus, Esq. and hereby state that there are no known interested parties, other than those participating in this case.

Dated this 19th day of December, 2013

/s/ C. Conrad Claus, Esq.
C. CONRAD CLAUS, ESQ.
THE LAW OFFICES OF C. CONRAD CLAUS
Nevada Bar No. 6601
816 E. Ogden
Las Vegas, NV 89101
(702) 384-4927 Phone
(702) 385-4927 Fax
Attorney for Plaintiff
*DARYAL TAYLOR*