**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DARYAL TAYLOR, | |
|         Plaintiff, | 2:13-cv-02199-APG-VCF |
| vs. | **ORDER** |
| NYE COUNTY, | |
|         Defendant. | |

Before the court is the Motion for Leave to Disclose Victim Identity and Produce Related Documents and Information Pursuant to NRS 200.3771(4). (#42).

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to Disclose Victim Identity and Produce Related Documents and Information Pursuant to NRS 200.3771(4) (#42) is scheduled for 1:00 p.m., February 3, 2015, in courtroom 3D.

DATED this 29th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE