# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARYAL TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT BECKETT, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:13-cv-02199-APG-VCF<br><br>**ORDER**<br><br>(DKT. #52) |

　　　On February 3, 2015, Magistrate Judge Ferenbach recommended that defendants California Organization of Police and Sheriff Associations Incorporated and Cops Legal, LLC be dismissed for failure to serve within the 120-day requirement of Federal Rule of Civil Procedure 4(m). No party objected and plaintiff Daryal Taylor stipulated at a hearing before Magistrate Judge Ferenbach that the two defendants be dismissed.

　　　IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #52) is accepted and defendants California Organization of Police and Sheriff Associations Incorporated and Cops Legal, LLC are dismissed for failure to timely serve.

　　　DATED this 14th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE