# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DARYAL TAYLOR, | |
| Plaintiff, | 2:13-cv-02199-APG-VCF |
| vs. | **ORDER** |
| NYE COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Emergency Motion to Extend Discovery (#64).

IT IS HEREBY ORDERED that a telephonic hearing on the Emergency Motion to Extend Discovery (#64) is scheduled for 11:00 a.m., December 3, 2015. The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 1st day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE