THOMAS P. BEKO, ESQ. (#002653)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559, Reno, Nevada 89505
Telephone: (775) 786-3930

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DARYAL TAYLOR,

        Plaintiff,

vs.

NYE COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Nye County, State of Nevada, NYE COUNTY, a political subdivision of the State of Nevada, DAVID BORUCHOWITZ, individually and in his capacity as Detective with the Nye County Sheriff's Office, ANTHONY DEMEO, individually and in his official capacity as Sheriff Nye County, Assistant Sheriff RICK MARSHALL, Investigator MARY HUGGINS, individually and in her capacity as Investigator Nye County sheriff's Office, Sergeant TRAVIS HUGGINS, individually and in his capacity as Sergeant, NCSO, Ltnt. ED HOWARD, individually and in his capacity as a Lieutenant Nye County Sheriff's Office, OFFICER MCNEIL, individually and in her capacity as Officer Nye County Sheriff's Department, NYE COUNTY DISTRICT ATTORNEY'S OFFICE, a political subdivision of the State of Nevada, KIRK VITTO, ESQ., individually and in his official capacity as Assistant District Attorney, Nye County Nevada, ROBERT BECKETT, individually and in his official capacity as District Attorney, CALIFORNIA ORGANIZATION OF POLICE AND SHERIFF ASSOCIATIONS INCORPORATED, POLICE OFFICER DOES 1-100, JOHN DOES 1 through 100, inclusive; and ROE CORPORATIONS 1 through 100,
        Defendants.
_____/

Case No.: 2:13-cv-02199-APG-VPC

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS AGAINST CERTAIN DEFENDANTS**

COME NOW, Plaintiff, DARYAL TAYLOR, by and through his attorneys Potter Law Offices, and Cal J. Potter, III, Esq., and Defendants Rick Marshall, and Officer McNeil, (now known as Alexander Fernandes) by and through their attorneys, Erickson, Thorpe & Swainston, Ltd., and Thomas P. Beko, Esq., and hereby stipulate that the above-entitled action may be dismissed with prejudice as to Defendants RICK MARSHALL and OFFICER McNEIL only, with each party to bear their own court costs and attorney's fees associated with the defense and prosecution of claims against these defendants.

Dated this 17th day of December, 2015.

| POTTER LAW OFFICES | ERICKSON, THORPE & SWAINSTON, LTD. |
|---|---|
| By: /s/ Cal J. Potter, III, Esq.<br>Cal J. Potter, III, Esq.<br>1125 Shadow Lane<br>Las Vegas, NV 89102<br>*Attorney for Plaintiff* | By: /s/ Thomas P. Beko, Esq.<br>Thomas P. Beko, Esq.<br>99 West Arroyo Street<br>Reno, NV 89509<br>*Attorneys for Defendants Nye County Anthony Demeo, Rick Marshall, Mary Huggins, Ed Howard, and Officer McNeil* |

## ORDER

IT IS SO ORDERED.

DATED this 18th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE