AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Daryal Taylor

V.

Robert Beckett, et al.,

Case Number: 2:13-cv-02199-APG-VCF

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of defendants Nye County, Anthony DeMeo, Mary Huggins, and Ed Howard and against plaintiff Daryal Taylor in the amount of $3,000.00 for attorney's fees and costs.

Judgment is entered in favor of defendant David Boruchowitz and against plaintiff Daryal Taylor in the amount of $3,000.00 for attorney's fees and costs.

August 4, 2017
Date

/s/ Debra K. Kempi
Clerk

/s/ S. Denson
(By) Deputy Clerk